EDITH H. JONES, Circuit Judge,
concurring:
I concur in the judgment and in the majority’s opinion. In my view, it would have been appropriate to decide whether Tennessee v. Lane extends Congress’s permissible abrogation of state sovereign immunity in ADA Title II beyond its precise purview, i.e., the fundamental right of access to the courts, and into the field of education. Tennessee v. Lane, 541 U.S. 509, 533-34, 124 S.Ct. 1978, 158 L.Ed.2d 820 (2004). See Pace v. Bogalusa ISD, 403 *456 F.3d 272, 303 (5th Cir.2005)(Jones, J., concurring in part and dissenting in part).